STATE OF NEW JERSEY v. JERRY GERVASONI.

January 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JORGE PEREZ.

January 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW MILLER.

January 29, 1985.

Petition for certification denied.

WEST SIDE PRESBYTERIAN CHURCH OF THE VILLAGE OF RIDGEWOOD v. BOARD OF ADJUSTMENT OF THE VILLAGE OF RIDGEWOOD, NEW JERSEY.

January 29, 1985.

Petition for certification denied.